UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WALBROOK, <br><br> Plaintiff, <br> -v- <br><br> GERALD LANE, et al., <br><br> Defendants. | 18 Civ. 8104 (PAE) (DCF) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 7, 2019, the Court issued an order to show cause, instructing the plaintiff, by November 4, 2019, to update his mailing address and show why this action should not be dismissed for failure to prosecute. Dkt. 33. In that order, the Court stated, "[f]ailure to submit an updated address by this date will result in dismissal of this case under Rule 41." *Id.* at 2. Plaintiff has failed to submit any response to the Court. As a result, the above-captioned case is dismissed, without prejudice.

The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 32 and close this case.

SO ORDERED.

                                                                     Paul A. Engelmayer
                                                                     United States District Judge

Dated: November 21, 2019
        New York, New York